

*Please send all mail to:*
**TROY OFFICE**

28 Second Street
Troy, NY 12180
518-274-5820

200 Harborside Drive
Suite 300
Schenectady, NY 12305
518-783-3843

511 Broadway
Saratoga Springs, NY 12866
518-584-8886

41 State Street
Suite 604-05
Albany, NY 12207
518-486-8800

Fax | 518-274-5875

hackermurphy.com

*Via CM/ECF*

January 8, 2024

Honorable Mae A. D'Agostino
United States District Judge
Northern District of New York
445 Broadway
Albany, NY 12207

    RE: United States v. Andrew Cash, 8:25-cr-4 (MAD)

Dear Judge D'Agostino:

I represent defendant Andrew Cash in the above referenced case, which is scheduled for a waiver and plea hearing before the Court on January 23, 2025 at 10am.

Please accept this letter as a request for defendant's immediate sentencing at the same scheduled appearance. Defendant agrees to waive his right to a presentence investigation report (PSIR) under Rule 32(e)(2) of the Federal Rules of Criminal Procedure. A court may dispense with a PSIR when it finds that information in the record allows it "to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its findings on the record." Fed. R. Cr. P. Rule 32(c)(1)(A)(ii); see also United States v. Warren, 453 F.2d 738 (2d Cir. 1972).

Immediate sentencing is appropriate in this case because Mr. Cash will plead guilty to Count 1 of the Information, Illegal Reentry in violation of 8 U.S.C. § 1326(a), which carries a guideline range of 0-6 months. Mr. Cash has been detained for two months since his initial appearance on November 8, 2024. If sentencing is scheduled under the Northern District of New York's historical timeframe, Mr. Cash will likely serve the entirety of his maximum guideline range before sentencing.

Further, the Court has sufficient information to dispense with the PSIR. The government has provided probation with underlying documentation from Mr. Cash's pending criminal matter in Massachusetts, which was previously provided to Judge Stewart in advance of defendant's detention hearing. See December 12, 2024 Text Minute Entry; Dkt. No. 17.

Defense counsel has consulted with the government who consents to defendant's request for immediate sentencing as well as a waiver to the PSIR.

Sincerely,

HACKER MURPHY, LLP

_____
Julie A. Nociolo, Esq.
jnociolo@hackermurphy.com

cc:     Justin D. Bennett, Special Assistant United States Attorney